I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO <u>PETITIONER</u> AT HIS RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: October 17, 2014

*J. Gomez* DEPUTY CLERK

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAYMOND JAMES VALDEZ, | Case No. CV 14-06976 AN |
| Petitioner, | |
| v. | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: October 17, 2014

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE